UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-CR-10-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TYRON MARQUETTE MILLS | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 48 be sealed until such time as requested to be unsealed by the United States Attorney.

This 28 April 2011.

_____
W. Earl Britt
Senior U.S. District Judge